UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RKJ Hotel Management, LLC a )
Nevada Limited Liability Company )
                                )
        Plaintiff(s),           )
                                )
    vs.                         )
RSS WFCM2020-C55 – MI RHM, LLC )
and MARRIOTT INTERNATIONAL, INC. )
                                )
        Defendant(s).           )
                                )

Case #22-cv-01022-GMN

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jennifer L. Nassiri_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Sheppard Mullin Richter & Hampton LLP_____
(firm name)

with offices at _____333 South Hope Street, 43rd Floor_____,
(street address)

_____Los Angeles_____, _____California_____, _____90071_____,
(city)                    (state)                   (zip code)

_____(213) 620-1780_____, _____jnassiri@sheppardmullin.com_____.
(area code + telephone number)         (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Marriott International, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since November 30, 2000 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of US | 2016 | 298417 |
| US District Court C.D. California | 2003 | |
| US District Court N.D. California | 2003 | |
| US District Court S.D. California | 2003 | |
| US District Court E.D. California | 2003 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California – Bar No. 209796

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| March 16, 2021 | Jennifer L. Nassiri | US Bankruptcy Court of Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  California

COUNTY OF   Los Angeles

_____Jennifer L. Nassiri_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.   See Attached CA Notarial

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____James Patrick Shea____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____1731 Village Center Circle, Suite 150_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89134_____,
(city)           (state)           (zip code)

____(702) 471-7432____, ____jshea@shea.law____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____James Patrick Shea_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ Jana Friedman
_____
(party's signature)

Jana Friedman, Vice President and Senior Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ James Patrick Shea
_____
Designated Resident Nevada Counsel's signature

405                      jshea@shea.law
Bar number               Email address

APPROVED:

Dated: this __18__ day of __July__, 20_22_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 12th day of July, 20 22,
    Date        Month        Year
(1) Jennifer Nassan

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

[Notary Seal: SUSIE NAVARRO, Notary Public - California, Los Angeles County, Commission # 2283602, My Comm. Expires Apr 26, 2023]

*Seal*
*Place Notary Seal Above*

W02-FORMS:SMRH\90006093.1

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

July 7, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNIFER LYNNE NASSIRI, #209796 was admitted to the practice of law in this state by the Supreme Court of California on November 30, 2000 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records